■ MONICA E. HOLLANDER, Individually and as Executor of EUGENE HOLLANDER, Deceased, et al., Appellants, v DITMAS PARK CARE CENTER, Formerly Known as FLATBUSH MANOR CARE CENTER, et al., Respondents, et al., Defendants. [678 NYS2d 295] —Appeal by the plaintiffs from an order of the Supreme Court, Kings County (Vinik, J.), dated October 8, 1997.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Vinik at the Supreme Court. Bracken, J. P., Ritter, Copertino, Santucci and Altman, JJ., concur.